STATE of Maine

v.

Earl HOPKINS.

Supreme Judicial Court of Maine.

Argued Jan. 5, 1987.
Decided Feb. 4, 1987.

Patricia A. Mador (orally), Asst. Dist. Atty., South Paris, for plaintiff.

Jane Andrews (orally), Lewiston, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Defendant Earl Hopkins appeals from a judgment of the Superior Court (Oxford County) revoking his probation pursuant to 17–A M.R.S.A. § 1206 (1983 & Supp.1986). On appeal, he challenges the sufficiency of the evidence to support the revocation. We conclude that there was sufficient evidence presented to allow the single justice to find by a preponderance of the evidence that defendant had inexcusably failed to comply with the requirement of restitution because of his failure to make a bona fide effort to acquire the resources to pay.

The entry is:

Judgment affirmed.

All concurring.